BEFORE THE THIRD DIVISION, NOVEMBER 6, 1950

**No. 54837.**—Charles T. Wilson Co., Inc. *v.* United States, protest 130337–K (Laredo).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of dried onion powder the same in all material respects as that passed upon in *Charles T. Wilson Co., Inc.* v. *United States* (38 C. C. P. A. 19, C. A. D. 433), the claim at 25 percent under paragraph 781 was sustained.

**No. 54838.**—Royal Dutch Products Corp. *v.* United States, protest 156767–K (New York).

Opinion by CLINE, J. When the case was called for trial there was no appearance on the part of the plaintiff and the court ordered it dismissed. The protest was therefore dismissed.

**No. 54839.**—D. Hauser *v.* United States, protests 127539–K, etc. (Tampa).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of sugar sirup the same in all material respects as that the subject of *United States* v. *Olavarria & Co., Inc.* (37 C. C. P. A. 40, C. A. D. 417) and that the total sugars contained in each of the involved entries are as set forth in the United States analyst's reports attached to said entries, the claim of the plaintiff was sustained.

**No. 54840.**—American Sponge & Chamois Co., Inc., et al. *v.* United States, protests 59428–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54841.**—Air France *v.* United States, protest 160005–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.